UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POULTRY PRODUCTS COMPANY OF NEW ENGLAND, LLC; POULTRY PRODUCTS COMPANY, LLC; POULTRY PRODUCTS OF CONNECTICUT, LLC; and POULTRY PRODUCTS OF MAINE, LLC<br><br>    Plaintiffs,<br><br>vs.<br><br>TYSON FOODS, INC.; TYSON CHICKEN, INC.; TYSON BREEDERS, INC.; TYSON POULTRY, INC.; PILGRIM'S PRIDE CORPORATION; KOCH FOODS, INC.; JCG FOODS OF ALABAMA, LLC; JCG FOODS OF GEORGIA, LLC; KOCH MEAT CO., INC.; SANDERSON FARMS, INC.; SANDERSON FARMS, INC. (FOOD DIVISION); SANDERSON FARMS, INC. (PRODUCTION DIVISION); SANDERSON FARMS, INC. (PROCESSING DIVISION); HOUSE OF RAEFORD FARMS, INC.; MAR-JAC POULTRY, INC.; PERDUE FARMS, INC.; PERDUE FOODS, LLC; WAYNE FARMS, LLC; SIMMONS FOODS, INC.; SIMMONS PREPARED FOODS, INC.; O.K. FOODS, INC.; O.K. FARMS, INC.; O.K. INDUSTRIES, INC.; HARRISON POULTRY, INC.; FOSTER FARMS, LLC; FOSTER POULTRY FARMS; NORMAN W. FRIES, INC. d/b/a CLAXTON POULTRY FARMS, INC.; MOUNTAIRE FARMS, INC.; MOUNTAIRE FARMS, LLC; MOUNTAIRE FARMS OF DELAWARE, INC.; CASE FOODS, INC.; CASE FARMS, LLC; CASE FARMS PROCESSING, INC.; and AGRI STATS, INC.,<br><br>    Defendants. | Case No.: 21-cv-4358<br><br>**COMPLAINT**<br><br>**Jury Trial Demanded** |

## **COMPLAINT**

1. Plaintiffs Poultry Products Company of New England LLC (formerly known as Poultry Products Company of New England, Inc.), Poultry Products Company, LLC (formerly known as Poultry Products Company, Inc.), Poultry Products of Connecticut, LLC (formerly known as Poultry Products of Connecticut, Inc.), and Poultry Products of Maine, LLC (formerly known as Poultry Products of Main, Inc.), (collectively, "Poultry Products" or "Plaintiff") are related New Hampshire corporations with a principal place of business in Londonderry, New Hampshire. Poultry Products is a foodservice distributor servicing New England and eastern New York. Poultry Products does business under the trade name Prime Source Foods.

2. Poultry Products brings this action under the federal antitrust laws against the Defendants identified below and incorporates by reference the factual allegations and reservations of rights contained in the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, filed in In re Broiler Antitrust Litigation, Civil Action No. 1:16-cv-08637 (ECF 4243; ECF 4244).

3. Poultry Products joins Section II of the Direct Action Plaintiffs' Amended Consolidated Complaint and Demand for Jury Trial, adding the following to specify the Poultry Products causes of action and the Defendants in the Poultry Products' action.

| Plaintiff Name | Named Defendants[1] | Named Co-Conspirators | Causes of Action |
|---|---|---|---|
| Poultry Products | Agri Stats; Claxton; Foster Farms; Harrison; House of Raeford; Koch; Mar-Jac; Mountaire; O.K. Foods; Perdue; Pilgrim's Pride; Sanderson; Simmons; Tyson; Wayne; Case | Fieldale; Amick; George's; Peco; Keystone; Allen Harim | Count I (Sherman Act Claim for all Anticompetitive Conduct); Count II (Sherman Act Claim for Output Restriction, Pled in the Alternative to Count I); Count III (Sherman Act Claim for GA Dock Manipulation, Pled in the Alternative to Count I) |

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter joint and several judgments against all Defendants in favor of Plaintiff;

B. Award Plaintiff treble damages, of an amount to be determined at trial, to the maximum extent allowed under the federal antitrust laws;

C. Award Plaintiff post-judgment interest as provided by law, with such interest to be awarded at the highest legal rate;

D. Award Plaintiff its attorneys' fees, litigation expenses, and costs, as provided by law;

E. Grant Plaintiff such other and further relief to which Plaintiff is entitled.

### JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all of its claims and issues so triable.

---

[1] The Defendants named in this Complaint include the entire Defendant family of each Defendant in this table, identified in Section IV.B of ECF 4243/ECF 4244.

Dated: August 16, 2021

        Respectfully submitted,

        */s/ Terence H. Campbell*

        Philip J. Iovieno
        Lawrence S. Brandman
        Nicholas A. Gravante, Jr.
        Karen C. Dyer
        Jack G. Stern
        Mark A. Singer
        Elizabeth R. Moore
        Gillian G. Burns
        CADWALADER, WICKERSHAM & TAFT LLP
        200 Liberty Street
        New York, NY 10281
        Tel: (212) 504-6000
        Fax: (212) 504-6666
        E-mail: philip.iovieno@cwt.com
                lawrence.brandman@cwt.com
                nicholas.gravante@cwt.com
                karen.dyer@cwt.com
                jack.stern@cwt.com
                mark.singer@cwt.com
                elizabeth.moore@cwt.com
                gillian.burns@cwt.com

        Terence H. Campbell
        Cotsirilos, Tighe, Streicker,
          Poulos & Campbell
        33 N. Dearborn, Ste. 600
        Chicago, IL 60602
        Tel: (312) 263-0345
        Fax: (312) 263-4670
        E-mail: tcampbell@cotsiriloslaw.com

*Counsel for Poultry Products Company of New England, LLC, Poultry Products Company, LLC, Poultry Products of Connecticut, LLC, and Poultry Products of Maine, LLC*